# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITRIN AUTO AND HOME INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:06-CV-296 |
| TAMI STEPHEN, JOSEPH BOYER CANDLER and BARBARA CANDLER, | ) ) ) ) | |
| Defendants | ) ) | |

## ORDER

**THIS MATTER** is before the court upon the defendants, Joseph Boyer Candler and Barbara Candler's, motion for admission *pro hac vice* of Lewis W. Murphy, Jr. and Casey Walker of the law firm of Murphy & Walker, P.L. to appear as additional counsel for the defendants, Joseph Boyer Candler and Barbara Candler, in this matter filed on October 6, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendants' motion is **ALLOWED**, and that Lewis W. Murphy, Jr. and Casey Walker are hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

Signed: November 8, 2006

_____
Dennis L. Howell
United States Magistrate Judge